UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 4:17-MJ-1063-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SETH W. RODMAN,<br>*Defendant*. | **ORDER** |

**THIS MATTER** coming on to be heard before the undersigned Judge upon the Defendant's motion to have the Defendant's driving privilege restored and license returned, this court finds as a fact that on May 29th, 2017, thirty (30) days will have passed since the Defendant surrendered his license after being charged with operating a motor vehicle under the influence of alcohol.

**IT IS, THEREFORE, ORDERED** the Defendant's driving privilege be restored and his license be immediately returned to the address set out in Defendant's motion.

This the __31__ day of __May__, 2017.

TERRENCE W. BOYLE
United States District Court Judge